CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SEALED |
| | : | |
| v. | : | Case No.: 7:15CR00046 |
| | : | |
| | : | **Violations:** |
| BRADLEY SCOTT KENNEDY | : | |
| MISTY MARIE MCCANN | : | 21 U.S.C. § 846 |
| aka: "Misty Grit" | : | 21 U.S.C. § 841(a)(1) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. Beginning in or about 2013, and continuing to on or about March 5, 2015, in the Western District of Virginia, and elsewhere, the defendants, BRADLEY SCOTT KENNEDY and MISTY MARIE MCCANN, did knowingly combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. As to BRADLEY SCOTT KENNEDY and MISTY MARIE MCCANN, one of the objects of the conspiracy was to distribute and possess with intent to distribute 50

grams or more of a mixture and substance containing a detectable amount of methamphetamine

3. All in violation of Title 21, United States Code, Section 846, 841(b)(1)(B) and (b)(1)(C).

A True Bill this 28 day of May, 2015.

*s/Grand Jury Foreperson*
FOREPERSON

_____
ANTHONY P. GIORNO
ACTING UNITED STATES ATTORNEY